THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD WHITAKER,<br><br>                Petitioner,<br><br>   v.<br><br>DONALD HOLBROOK,<br><br>                Respondent. | CASE NO. C19-1167-JCC<br><br>ORDER |

This matter comes before the Court on the report and recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 17). Petitioner has not filed objections to the report and recommendation. Having thoroughly considered the report and recommendation and the relevant record, the Court hereby ORDERS that:

1. The report and recommendation (Dkt. No. 17) is ADOPTED;
2. Petitioner's habeas petition (Dkt. No. 12) is DENIED, and this action is DISMISSED with prejudice;
3. In accordance with Rule 11 of the Rules Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED;
4. The Clerk is DIRECTED to send a copy of this order to the parties and to Judge Theiler.

//

//

ORDER
C19-1167-JCC
PAGE - 1

1       DATED this 17th day of April 2020.

2

3

4                                                            _____
                                                             John C. Coughenour
5                                                            UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
C19-1167-JCC
PAGE - 2