THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD WHITAKER, | CASE NO. C19-1167-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| DONALD HOLBROOK | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. In light of Petitioner's notice regarding delays in the submission of his Rule 59 motion to alter or amend judgment (Dkt. No. 23), the Clerk is DIRECTED to re-note Petitioner's motion for leave to appeal *in forma pauperis* (Dkt. No. 21) and Petitioner's motion to accept belated motion (Dkt. No. 24) to June 12, 2020.

DATED this 11th day of June 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-1167-JCC
PAGE - 1