THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RICHARD WHITAKER, | CASE NO. C19-1167-JCC |
| Petitioner, | MINUTE ORDER |
| v. | |
| DONALD HOLBROOK,, | |
| Respondent. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court pursuant to Petitioner's motion to accept his belated motion to reconsider (Dkt. Nos. 24, 25). Petitioner filed the instant motion on May 22, 2020. (*See* Dkt. No. 24.) But on April 28, 2020, Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals. (Dkt. No. 20.) Because this case is on appeal, the Court no longer has jurisdiction over the case. *See Griggs v. Provident Consumer Discount Co*., 459 U.S. 56, 58 (1982) ("The filing of a notice of appeal is an event of jurisdictional significance—it confers jurisdiction on the court of appeals and divests the district court of its control over those aspects of the case involved in the appeal."). The Clerk is respectfully directed to terminate Petitioner's pending motions, Docket Numbers 21, 24, and 25.

//

MINUTE ORDER
C19-1167-JCC
PAGE - 1

DATED this 24th day of August 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk